IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WASHINGTON, | : | 3:01-cv-2432 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| SUPERINTENDENT KLEM, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

### **March 11, 2010**

Plaintiff's Motion for the Court to Reissue Orders-Opinions-N-Responses [*sic*] and that All Future Orders-Opinions-N-Responses [*sic*] Are Mailed Directly to the Mail Inspector Supervisor for the Sake of the Mail Inspector Supervisor Personally Delivering All Incoming Legal Mail to Plaintiff (Doc. 203) filed on February 19, 2010 is **DENIED**.[1]

                                                     s/ John E. Jones III
                                                   John E. Jones III
                                                   United States District Judge

---

[1] The Court cannot enter an Order that interferes with the mail procedures at the institution where Plaintiff is housed.

1